UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

August 17, 2017

David J. Bradley, Clerk

| | | |
|---|---|---|
| Crane Worldwide Logistics, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-17-2192 |
| | § | |
| C2C Global Transportation USA, Inc., | § | |
| | § | |
| Defendant. | § | |

## Conditional Dismissal

1.   Having been advised that the parties have reached a settlement, this case is dismissed with prejudice. (4)

2.   The court retains jurisdiction to enforce the settlement.

3.   By September 20, 2017, the parties may move for reinstatement.

Signed on August 17, 2017, at Houston, Texas.


_____
Lynn N. Hughes
United States District Judge